September 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE ESTATE OF ADEL SHESHTAWY, DECEASED

NO. 14-14-00515-CV

_____

This cause, an appeal from the judgment in favor of appellee Michael Fuqua, temporary administrator of the estate Adel Shestawy, deceased, signed June 20, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Valentina Spassova Tasseva Shestawy, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.